**DISMISS and Opinion Filed December 19, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01030-CV

**THREE THOUSAND FOUR HUNDRED DOLLARS ($3,400.00) IN LAWFUL UNITED STATES CURRENCY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-01733-2018**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Evans, and Justice Brown
Opinion by Chief Justice Wright

The filing fee, docketing statement, clerk's record, and reporter's record in this case are past due. By postcard dated September 10, 2018, we notified appellant the $205 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. Also by postcard dated September 10, 2018, we informed appellant the docketing statement in this case was due. We cautioned appellant that failure to file the docketing statement within ten days might result in the dismissal of this appeal without further notice.

The record was due October 12, 2018. In a letter dated October 15, 2018, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide verification of payment or arrangements to pay for the clerk's

record or to provide written documentation appellant had been found entitled to proceed without payment of costs within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. Likewise, in a letter dated October 19, 2018, we notified appellant that the reporter's record had not been filed; we directed appellant to file written proof he had paid or made arrangements to pay for the record or was entitled to proceed without payment of costs within ten days. To date, appellant has not paid the filing fee, provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

181030F.P05



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

THREE THOUSAND FOUR HUNDRED
DOLLARS ($3,400.00) IN LAWFUL
UNITED STATES CURRENCY,
Appellant

No. 05-18-01030-CV      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 199th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 199-01733-2018.
Opinion delivered by Chief Justice Wright.
Justices Evans and Brown participating.

     In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

     It is **ORDERED** that appellee THE STATE OF TEXAS recover its costs, if any, of this appeal from appellant THREE THOUSAND FOUR HUNDRED DOLLARS ($3,400.00) IN LAWFUL UNITED STATES CURRENCY.

Judgment entered December 19, 2018